

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00514-CV

Judith Ann **MIEARS** and Patricia Anderson,
Appellants

v.

Jean **MCPHERSON**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-0659-CV-A
Honorable Jessica Crawford, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, we GRANT Jean McPherson's motion for rehearing. We WITHDRAW our August 29, 2018 opinion and judgment and SUBSTITUTE this opinion and judgment in their stead.

The trial court's judgment is AFFIRMED. We tax costs of court for this appeal against Judith Ann Miears and Patricia Anderson.

SIGNED January 16, 2019.

_____
Patricia O. Alvarez, Justice